IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WALTER STOKES, | § | |
| | § | |
| Defendant Below, | § | No. 104, 2019 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 76000001DI (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 8, 2019[1]
Decided: May 9, 2019

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court order, dated February 14, 2019, denying the appellant's motion for correction of sentence.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] The motion to affirm was filed on March 22, 2019, but the record was filed on April 8, 2019.